UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 14 A 7:14

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| VERSUS | * | NUMBER 03-3208 |
| LOUISIANA LAND & EXPLORATION COMPANY | * | SECTION "L"(3) |

## ORDER

Considering that none of the declarations declared under penalty of perjury in support of the United States' Cross-Motion for Summary Judgment were necessary for the Court's determination as to that motion, IT IS ORDERED that Louisiana Land and Exploration Co.'s Motion to Strike Declarations Under Penalty of Perjury (Rec. Doc. 126) is DENIED AS MOOT.

New Orleans, Louisiana, this 13 day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

1

___ Fee_____
___ Process_____
X  Dktd_____
_/ CtRmDep_____
___ Doc. No._____